A.J. de Bartolomeo (SBN 136502)
Steve Lopez (SBN 300540)
GIBBS LAW GROUP LLP
One Kaiser Plaza, Suite 1125
Oakland, CA 94612
Telephone:   (510) 350-9700
Facsimile:   (510) 350-9701
ajd@classlawgroup.com
sal@classlawgroup.com

Janet G. Abaray (Admitted *pro hac vice*)
Melanie S. Bailey (Admitted *pro hac vice*)
BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.
312 Walnut St., Suite 2090
Cincinnati, OH 45202
Telephone:   (513) 852-5600
Facsimile:   (513) 852-5611
jabaray@burgsimpson.com
mbailey@burgsimpson.com

Attorneys for Plaintiff
RICHARD WERTHEIM

Michelle A. Childers (SBN 197064)
Michael P. Pulliam (SBN 215435)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:   (415) 591-7500
Facsimile:   (415) 591-7510
michelle.childers@dbr.com
michael.pulliam@dbr.com

Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WERTHEIM, | Case No. 2:15-CV-01272-MCE-CKD |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |
| v. | |
| DEPUY ORTHOPAEDICS, INC., | |
| Defendant. | |

1  IT IS HEREBY STIPULATED by and between Plaintiff Richard Wertheim and
2 Defendant DePuy Orthopaedics, Inc., through their designated counsel, that the above-
3 captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1),
4 with each party to bear its own attorneys' fees and costs.  Additionally, the parties
5 stipulate that the Court shall retain jurisdiction to enforce the terms of their Settlement
6 Agreement.
7  IT IS SO STIPULATED.
8 Dated: June 13, 2016

GIBBS LAW GROUP LLP

By: */s/A.J. de Bartolomeo*
A.J. de Bartolomeo
Steve Lopez

Dated: June 13, 2016

BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.

By: */s/Janet G. Abaray*
Janet G. Abaray
Melanie S. Bailey
Attorneys for Plaintiff
RICHARD WERTHEIM

Dated: June 13, 2016

DRINKER BIDDLE & REATH LLP

By: */s/Michael P. Pulliam*
Michelle A. Childers
Michael P. Pulliam
Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.

# **ORDER**

Pursuant to the foregoing Stipulation of the parties, and for good cause appearing, IT IS HEREBY ORDERED THAT:

1. The case is DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

2. The Court shall retain jurisdiction to enforce the terms of this Order and the terms of the Settlement Agreement executed by and between Plaintiff Richard Wertheim and Defendant DePuy Orthopaedics, Inc.

IT IS SO ORDERED.

Dated: June 17, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE